IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No.   15-cv-01593-LTB

CHRISTOPHER B. RICKETTS, as an individual, and as the spouse of CAROL A. RICKETTS, deceased,

    Plaintiff,

v.

MANUEL VALLES-CHAVEZ (a/k/a MANUEL VALLES), an individual, and
EMPIRE DAIRY, LLC, a Colorado limited liability company,

    Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Joint Stipulated Motion to Dismiss With Prejudice (Doc 12 - filed March 23, 2016), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.


DATED:   March 24, 2016

                                       BY THE COURT:


                                        s/Lewis T. Babcock_____
                                       LEWIS T. BABCOCK, JUDGE